IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02482-BNB

CRAIG DARRELL DANIEL,

    Applicant,

v.

CHARLES A. DANIELS,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On September 12, 2013, the Court entered an order directing Mr. Daniel to cure a deficiency in this action. [Doc. # 3]. Specifically, the Court instructed Applicant to submit a § 1915 Motion and Affidavit on the court-approved form, or pay the $5.00 filing fee, within thirty days. On September 26, 2013, Mr. Daniel filed a Motion for Leave Requesting to Stay Filing Fee [Doc. # 4]. In the Motion, Applicant submits documentation to show that $5.00 for court fees was withdrawn from his inmate account on September 4, 2013. He asks the Court to grant him additional time for the fee to be processed.

    Applicant is advised that the Court's finance department has not received the $5.00 filing fee to date. Accordingly, the Motion for Leave Requesting to Stay Filing Fee [Doc. # 4] is GRANTED. Mr. Daniel **has thirty (30) days from the date of this Minute Order** to either pay the $5.00 filing fee, or, to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. Daniel may obtain the court-approved § 1915 Motion and Affidavit (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.

Dated: October 22, 2013