IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02482-BNB

CRAIG DARRELL DANIEL,

    Applicant,

v.

CHARLES A. DANIELS, Warden,

    Respondent.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the motion to withdraw preliminary response will be granted. The case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2(c). Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 30, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge