**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02482-CMA

CRAIG DARRELL DANIEL,

    Petitioner,

v.

CHARLES A. DANIELS,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order on Application for Writ of Habeas Corpus of Judge Christine M. Arguello entered on June 17, 2014 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF Doc. No. 1] filed September 11, 2013, is denied; and it is further

    ORDERED that this action is dismissed with prejudice. It is further

    ORDERED that *in forma pauperis* status is denied for the purpose of appeal. It is further

    ORDERED that Respondent shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 18th day of June, 2014.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/   A. Thomas
           Deputy Clerk